UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FRANCO,

                Plaintiff,

       -against-

THE CHEF'S TABLE INC., ET AL.

              Defendants.
--------------------------------------------------------X

**ORDER**

7:22-cv-6481 (CS)

Seibel, J.

    The venue for this case lies in the Eastern District of New York, and with the consent of Plaintiff's counsel, the Clerk of the Court is respectfully directed to transfer this case to the United States District Court for the Eastern District of New York. The waiting period in Local Civil Rule 83.1 is waived.

    **SO ORDERED.**

Dated: August 1, 2022
       White Plains, New York

_____
Cathy Seibel, U.S.D.J.